This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**HENRY D. DEATON**,

Plaintiff-Appellant,

v.                                                        **NO. 33,111**

**SANDRA V. FRY, MOISES GUTIERREZ,
AURORA CALDWELL, and ANY AND
ALL Unknown Claimants of Interest in
the Premises Adverse to Plaintiff**,

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Clay Campbell, District Judge**

Chappell Law Firm, P.A.
Bill Chappell, Jr.
Michael Hoeferkamp
Albuquerque, NM

for Appellant

Mark A. Glenn
Albuquerque, NM

for Appellee Fry

Roibal Law Firm PA
Edward J. Roibal
Albuquerque, NM

for Appellee Gutierrez

Narciso Garcia, Jr.
Albuquerque, NM

for Appellee Caldwell

**MEMORANDUM OPINION**

**VIGIL, Judge.**

{1}     Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

{2}     **DISMISSED.**

{3}     **IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____
**M. MONICA ZAMORA, Judge**

_____

2

**J. MILES HANISEE, Judge**